FILED IN THIS OFFICE

Complaint - Abid v. Google
U.S. District Court for the Middle District of North Carolina

2017 APR -6 PM 1: 18

Plaintiff: Shajar Abid

CLERK US DISTRICT COURT
GREENSBORO, N.C.

Defendant: Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
USA

1:17cv321

Jurisdiction belongs to the US courts in North Carolina since as a North Carolina resident, an American citizen's constitutional rights are being violated.

I am an indepedent researcher, inventor and entrepreneur. Also the son of a chemistry professor (Ph.d NCSU 1991). Most recently I was working as a senior engineer for IBM. I left to work on and solve the problem of cancer, and this Jan 2017 I filed a patent "a colloidal suspension for the healing of various cancers". Then I proceeded to build a website. www.mightyhoney.org

The idea was that I could find people looking for cancer information and help them with this particular knowledge, which in fact is based on prophetic medicine, or arabic herbal medicine if you like.

First I ran ads on google with common cancer related words, my ad, originally said "divine cure for cancer". An astonishing claim, but alas neither the NIH would give me an opportunity to verify by government standards, since their feeble minded protocol, stipulates "only one purified chemical". This is the bastion of state science stupidity, compared to the 50 + natural compounds in MightyHoney™.

Anyways, after one week of ads running on google, at $10 a day budget, I received 500 visitors, and 5 emails. No actual sales but a $50 dollar bill.

Then last weekend on Friday March 31 - 2017, i received an email that my site had been suspended. It was against google policies as they have details about selling pharmaceuticals etcs..

I said ok, I will call and tell them, i studied the google rules, tell me what to change.

So the first girl I talked to gave a half a dozen modifications to do, including take out "divine cure for cancer", which is my sincerely held religious belief that it is.

But what she doesn't know is I have done an intensive pharmacognosy study as well other in depth proprietary research.

I feel this was the first violation, obstructing my 1st amendment rights, however the kind and noble judge interprets.

I also have not been allowed to advertise in the New England Journal of Medicine, they stated upfront, "only big pharma, not you".

Also my press release was squelched and not distributed, another first amendment violation (freedom of press).

My argument is simple, when I made the requested changes, I was told I could submit for a "review", when I called back after making the initial changes specified by the first girl, a different agent directed to me a pitch, where he will expand my keywords etc..

and sent me an email and said to agree.

I replied back, he said "this will help" and he explained how. But he told me it will be two days for the escalation, then he said he tried to escalate it but now the "policy director" said no. The "policy director" overstepped and mentioned something about my business model, and then said i was banned.

Then I asked, I made all the changes the first person said, why is it banned now, he said he is just relaying the word, i said is there anybody else to talk to?, he said he is the senior guy, "been there the longest".

I said, who has an interest in these cancer keywords, does pharma pay you guys? he mentioned something, it is their policy or partners something to that effect.

I have honey spice and herb, which are all "generally recognized as safe" safe under US Federal law. The first girl asked me to remove this line from my site too, as well as the scientific information and some medical terminology.

My argument is two fold,

First my first amendment rights were suppressed whether as religious freedom or freedom of speech.

Demanding i remove "divine cure for cancer", when that is my sincere religious belief.

I even complied and called it a natural elixir instead, but that wasn't enough.

They said, I couldn't say, "If you have cancer, then ..."

Why not? I am trying to help cancer patients only.

My philosophy of medicine is based on Moses's wisdom.
One time Moses got sick, so he prayed to God for guidance.
God guided him to a plant. So he went and ate it. Then he was cured.

Sometime later Moses got sick again, and he went to the plant and ate it, but this time he didn't get cured.

So he prayed to God again for guidance, and God spoke to him saying, 'The first time you came to Me, the second time you went to the plant'.

I am combining a systems biology empirical approach based on prophetic medicine.

His medicine (peace and blessings be upon him) is not like the medicine of the physicians, for the medicine of the Prophet (peace and blessings be upon him) is certain, definitive, emanating from (divine) revelation, the lantern of prophethood, and perfection of reason. As for the medicine of others, most of it is conjecture, presumptions and experimentation.

So we have my constitutional rights being violated, whatever pecuniary interest of mine, I actually run mightyhoney.org as a devotional service.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,

or even under the spirit of Title VII of the Civil Rights Act of 1964

where i should be treated equally and fairly in business dealings.

but my main argument and point of contention is the public interest, by banning me, has the public interest been severely hurt?

this negligence caused by ignorance and incompetence of the adwords department?

If I have an affordable solution that uses only honey herb and spice and it is much more effective, with no adverse effects.

Don't the American people deserve to know? My clients are dying people, in all likelihood have already been poisoned and/or irradiated! And now I have to fill out all these forms to come ask for the courts help to uphold my rights, and the public interest.

It is for the wise judge to decide to investigate who is controlling these cancer keywords, and what connections are between the pharma and the knowledge sources... I am sure there are conspicuous collusions here. That should be looked into under the antitrust laws.

I seek the following relief: $10 billion, for violating my first amendment rights, for loss of business and pain and suffering as well as an authorization to be allowed on google for when people search for the cure for cancer. Also they sent me 88$ bill demanding payment after forcing me to cancel my account, please ask them what for? I would like that nullified + court costs.

I will happily provide scientific knowledge to your honor.

With gratitude and respect,

Shajar Abid
5317 Roshni Ter
Mcleansville, NC, 27301
USA

*Shajar*  919-720-8819*

April 5th 2017

*also years ago I made many transit apps to find out what time the bus comes, for many year Google paid me royalties, I ended giving up most of the apps for free, but then they banned me from the android market. When I had a legitimate claim, that I used the logo of the transit company as "fair use" under copyright laws, I had in fact made that technology first before the bus companies and it was a de novo use of a picture file on wikipedia.