FILED
IN THIS OFFICE

2017 MAY -9 PM 3: 25

CLERK US DISTRICT COURT
GREENSBORO, N.C.

SHAJAR ABID                          )
                                     )
Plaintiff                            )        Civil Action No. 1:17-CV-00321
                                     )
v.                                   )
GOOGLE INC                           )
                                     )
Defendant

## The Alchemist's Declaration

Pursuant to 28 U.S.C. §1746, I, Shajar Abid, "The Alchemist" declare and state as follows:

1.      I am the creator of MightyHoney® and MightyHoney.org. Also the sole developer of the MightyHoney app now available on Amazon app store.

2.      Based on the totality of my scientific research and religious knowledge, MightyHoney® can safely and effectively cure cancer.

3.      The scientific evidence, in an abridged, summary form is provided in the *Citizen's Petition for Health Claim.*

4.      The Alchemist's Philosophy of Medicine:

My philosophy of medicine is based on Moses's wisdom
One time Moses got sick, so he prayed to God for guidance.
God guided him to a plant. So he went and ate it. Then he was cured.

Sometime later Moses got sick again, and he went to the plant and ate it, but this time he didn't get cured.

So he prayed to God again for guidance, and God spoke to him saying, 'The first time you came to Me, the second time you went to the plant'

I, Abid the Alchemist, have combined a systems biology empirical approach based on prophetic medicine.

His medicine (peace and blessings be upon him) is not like the medicine of the physicians, for the medicine of the Prophet (peace and blessings be upon him) is certain, definitive, emanating from (divine) revelation, the lantern of prophethood, and perfection of reason. As for the medicine of others, most of it is conjecture, presumptions and experimentation.

5. I seek refuge in God from satan the outcast
   In the name of God, the Compassionate, the Merciful
   *And thy Lord revealed unto the bees, saying: 'Take unto yourselves, of the mountains, houses, and of the trees, and of what they are building. Then eat of all manner of fruit, and follow the ways of your Lord easy to go upon.' Then comes there forth out of their bellies a drink of diverse hues **wherein is healing** for men. Surely in that is a sign for a people who reflect."*
   (16:68-69 Holy Qu'ran - Arberry translation)

   *Narrated Abu Huraira (may Allah be pleased with him): I heard Allah's Apostle saying: "There is healing in Black Cumin for all diseases except death."* (Sahih Bukhari 7:71:592)

6. I bring forward for the Court's convenience, quotations from, real cancer patients who tried MightyHoney® . I attest I have honestly received these quotations from my clients.

CA-1: "I saw my doctor today and he compared and older cat scan to a newer one done in April and he said that the tumor didn't look as big as it did on the older one that was done in March so I guess it works" May 2nd, 2017

BC-1: "Well my cancer count is way down" May 6th, 2017

OH-1: "We want to thank you. And there will be a few more people that will be contacting you for the cure. " April 9, 2017)

"We have great news and the doctors said that what ever we are doing keep doing it and so i want to thank you. That was a blessing on what you did for us. My wife is talking to people and letting them know about the mightyhoney. And so she is still taking the mightyhoney. Thank you so much." (April 8th, 2017)

"Hello Alchemist. My wife tried it for the first time today and she feels something different now she has energy and we both feel that this was the best way to cure her cancer. We want to thank you and we will tell all of our friends about this so that they know that there are better ways to help cure cancer." (March 30, 2017)

"Thank you so much. This was a blessing from God."
I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2017.

Humbly submitted,

Shajar Abid
5317 Roshni Ter
Mcleansville, NC
27301
919-720-8819
thealchemist@mightyhoney.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I filed **The Alchemist's Declaration** at the United States Middle District of North Carolina, with the Clerk of the Court. I also mailed a copy to Counsel for Google Inc, Mr Rich of Charlotte, North Carolina via First Class mail to send notification of such filings at the following address.

Ryan G. Rich (NC Bar #37015)
Hunton & Williams LLP
Bank of America Plaza, Suite 3500
101 South Tyron Street
Charlotte, NC 28280

Dated: May 9th, 2017

Shajar Abid
5317 Roshni Ter
Mcleansville, NC
27301
919-720-8819
thealchemist@mightyhoney.org

May 8th, 2017

Shajar Abid

5317 Roshni Terrace
Mcleansville, NC
27301
USA

### Citizen's Petition for Health Claim

Food and Drug Administration,

Office of Nutritional Products, Labeling and Dietary Supplements (HFS-800),

5001 Campus Dr.,

College Park, MD 20740,

The undersigned, Shajar Abid submits this petition pursuant to section 403(r)(4) or 403(r)(5) (D) of the Federal Food, Drug, and Cosmetic Act with respect to (statement of the substance and its health claim).

I have made a new honey infusion, composed of Honey w/ Nigella Sativa, Costus Root. Both the spice and herb are "Generally recognized as safe" 21CFR582.10 and "permitted" - 21CFR172.510 respectively.

Keeping in mind these substances are safe and permitted by law to be added in food, and "legally natural".

PART 582 -- SUBSTANCES GENERALLY RECOGNIZED AS SAFE

Subpart A--General Provisions

Sec. 582.10 Spices and other natural seasonings and flavorings.

PART 172 -- FOOD ADDITIVES PERMITTED FOR DIRECT ADDITION TO FOOD FOR HUMAN CONSUMPTION

Subpart F--Flavoring Agents and Related Substances

Sec. 172.510 Natural flavoring substances and natural substances used in conjunction with flavors.

B. Summary of scientific data.
From the totality of my exhaustive research, MightyHoney® has the following medicinal effects.

## Medicinal Benefits

Immunostimulant, antimutagenic, caspase 8 inducer, apoptotic, anti tumor, VEGF-Inhibitor, Antiangiogenic, Antimelanomic, Antimetastatic, Antiproliferative, Antileukemic, Antigliomic Antilymphomic, topoisomerase II inhibitor, Cancer-Preventive, Chemopreventative, Anti-inflammatory, Antinociceptive, Antirheumatic, Antidote (Aluminum, Cadmium, Lead), Anti diabetic, Anti asthmatic, Anti bronchitic, Antihistaminic, Antispasmodic, Anti Arthritic, Antialopecic, Antiandrogenic, Anti-inflammatory, Antiviral, Antibacterial, Vermicide, Larvicide, Fungicide, Nematicide, Schistosomicide, Trematodicide, Antiparkinsonian, Anti-convulsant. Antidementia, Antidepressant, Antianxiety, Antiulcer, Gastroprotective and Hepatoprotective

## - Guardian of the genome

This research was cross verified by a Phytochemistry database maintained by retired Chief Research Scientist for US. Department of Agriculture. James A. Duke (born 1929) is an American botanist. He received his doctorate in botany from the University of North Carolina in 1961. During the late 1970s he was chief of the Plant Taxonomy Laboratory, Plant Genetics and Germplasm Institute of the Agricultural Research Service, U.S. Department of Agriculture.

*U.S. Department of Agriculture, Agricultural Research Service. 1992-2016. Dr. Duke's Phytochemical and Ethnobotanical Databases. Home Page, http://phytochem.nal.usda.gov/ http://dx.doi.org/10.15482/USDA.ADC/1239279*

The public health benefit is a natural cure for cancer, that is non-toxic.

1. Is there an optimum level of the particular substance to be consumed beyond which no benefit would be expected?

The manufacturer recommendation is 1 teaspoon of MightyHoney® in 1 cup of green tea, twice per day is sufficient, more is unnecessary.

2. Is there any level at which an adverse effect from the substance or from foods containing the substance occurs for any segment of the population?

No adverse effect, known or published at the manufacturer recommended level of dosage.

3. Are there certain populations that must receive special consideration?

Used in Asia for thousands of years, the honey spice and herb combination are safe for all of the earths people.

4. What other nutritional or health factors (both positive and negative) are important to consider when consuming the substance?

Too much cancer, people dying all the time. "Treatments" are ridiculously expensive, nature's wisdom is needed.

Honey, spice and herb are all, "substance" in 101.14(a)(2).

C. Analytical data

J Food Sci Technol. 2010 Dec; 47(6): 598–605.

Published online 2010 Nov 1

**Table 2**

[1]H and [13]C 2D-HSQCT NMR data of compounds 1, 2 and 3[a] in DMSO-$d_6$

| Carbon number | Chemical shifts (ppm) Compound 1 | | Chemical shifts (ppm) Compound 2 | | Chemical shifts (ppm) Compound 3 | |
|---|---|---|---|---|---|---|
| | [1]H NMR (J in Hz) | [13]C NMR | [1]H NMR (J in Hz) | [13]C NMR | [1]H NMR (J in Hz) | [13]C NMR |
| 1 | — | 145.1 | — | 127.2 | — | — |
| 2 | 6.59(s) | 133.5 (i1) | 7.03 (s) | 120.4 | 6.72 (s) | 133.5 (i1) |
| 3 | — | 188.3 (i2) | — | — | 7.47 (d, 8 Hz) | 127.9 (i2) |
| 4 | — | 187.3 (i2) | — | — | — | 154.1 |
| 5 | 6.72(s) | 133.3 (i1) | 5.30 (s) | 129.3 | 7.85 (d, 8 Hz) | 125.8 (i1) |
| 6 | — | 156.4 | — | 133.5 | — | 127.7 (i2) |
| 7 | — | 14.9 | — | 14.3 | — | 14.2 |
| 8 | 2.12 (m, 5.3 Hz) | 31.0 | 1.92 (m, 5.1 Hz) | 31.1 | 2.01 (m, 5.4 Hz) | 30.8 |
| 9 | 1.93 (d, 5.3 Hz) | 26.7 | 1.41 (d, 5.1 Hz) | 24.5 | 1.37 (d, 5.4 Hz) | 23.5 |
| 10 | 1.94 (d, 5.3 Hz) | 26.7 | 1.47 (d, 5.1 Hz) | 25.3 | 1.41 (d, 5.4 Hz) | 26.2 |

[a]5 mg of sample was dissolved in 0.5 ml of DMSO-$d_6$ for recording the spectra at 20°C on Bruker Avance AQS 500 MHz NMR spectrometer.

Chemical investigation of Nigella sativa L. seed oil produced in Morocco

Journal of the Saudi Society of Agricultural Sciences Volume 14, Issue 2, June 2015, Pages 172–177

**Table 1** Some solvent-extracted oil-yields from Nigella seeds of different countries.

| Country | Yield (%) | Reference | Country | Yield (%) | References |
|---|---|---|---|---|---|
| Morocco | 37 | This study | Egypt | 34.8 | Ali and Blunden (2003) |
| Italy[a] | 13–23 | D'Antuono et al. (2002) | Iran | 40 | Cheikh-Rouhou et al. (2007) |
| Tunisia | 28 | Cheikh-Rouhou et al. (2007) | Turkey | 32 | Nergiz and Ötles (1993) |
| | 31.7 | Hamrouni-Sellami et al. (2003) | | 30–36 | Matthäus and Özcan (2011) |
| Pakistan | 31.2 | Sultan et al. (2009) | Bangladesh | 32 | Ali et al. (2012) |
| Turkey | 29.4–29.7 | Üstun et al. (1990) | Saudi-Arabia | 38.2 | Al-Jassir (1992) |
| Yemen | 36.8–38.4 | Al-Naqeep et al. (2009) | | | |

[a] Moroccan seeds.

Table 4.
Sterol composition (%) of the Moroccan Nigella seed oils.

| Sterols | Cold press-extracted | Solvent-extracted |
|---|---|---|
| Cholesterol | 0.9 ± 0.1 | 0.8 ± 0.4 |
| Campesterol | 13.1 ± 0.5 | 12.8 ± 0.5 |
| Stigmasterol | 17.8 ± 0.5 | 18 ± 1 |
| β-Sitosterol | 49.4 ± 1.5 | 51.3 ± 2.5 |
| Δ5-Avenasterol | 12.4 ± 0.5 | 8 ± 1 |
| Δ7-Stigmasterol | 0.6 ± 0.1 | 0.7 ± 0.1 |
| Δ7-Avenasterol | 2.1 ± 0.2 | 1.3 ± 0.5 |

Table 5.
Nutrient content of the Moroccan Nigella seed oil cake.

| | Cold press-extracted | Solvent-extracted |
|---|---|---|
| Moisture | 8.1 ± 0.5 | 11.6 |
| Crude protein | 23.3 ± 0.6 | 26.5 ± 0.5 |
| Cellulose | 6.8 ± 0.5 | 7.4 ± 1.2 |
| Ash | 9.6 ± 0.7 | 6.1 ± 0.5 |

3

D. Model health claim.

MightyHoney® cures cancer.

1. A brief capsulized statement of the relevant conclusions of the summary, and

MightyHoney® is apopotic, anti-metastatic, anti-angiogenenic.

2. A statement of how this substance helps the consumer to attain a total dietary pattern or goal associated with the health benefit that is provided.

MightyHoney® is anti-metastatic, anti-angiogenic and induces apoptosis selectively in cancer cells.

E. The petition shall include the following attachments:

1. Copies of any computer literature searches done by the petitioner (e.g., Medline).

See *Appendix A*

2. Copies of articles cited in the literature searches and other information as follows:

a. All information relied upon for the support of the health claim, including copies of publications or other information cited in review articles and used to perform meta-analyses.

See *Summary of Scientific knowledge, pertaining to the health claim "MightyHoney® cures cancer"*

b. All information concerning adverse consequences to any segment of the population (e.g., sensitivity to the substance).

Alchemist submits LD50 data, and requests he be granted resources and facilities to gather such data in humans, as it has yet to be published.

Molecules 2013, 18, 7460-7472; doi:10.3390/molecules18077460

<u>Study on the Potential Toxicity of a Thymoquinone-Rich Fraction Nanoemulsion in Sprague Dawley Rat</u>s

Abstract: Toxicological studies constitute an essential part of the effort in developing an herbal medicine into a drug product. A newly developed thymoquinone-rich fraction nanoemulsion (TQRFNE) has been prepared using a high pressure homogenizer. The purpose of this study was to investigate the potential acute toxicity of this nanoemulsion in Sprague Dawley rats. The acute toxicity studies were conducted as per the OECD guidelines 425, allowing for the use of test dose limit of 20 mL TQRFNE (containing 44.5 mg TQ)/kg. TQRFNE and distilled water (DW) as a control were administered orally

4

to both sexes of rats on Day 0 and observed for 14 days. All the animals appeared normal, and healthy throughout the study. There was no observed mortality or any signs of toxicity during the experimental period. The effects of the TQRFNE and DW groups on general behavior, body weight, food and water consumption, relative organ weight, hematology, histopathology, and clinical biochemistry were measured. All the parameters measured were unaffected as compared to the control (DW) group. The administration of 20 mL TQRFNE /kg was not toxic after an acute exposure.

Alchemist's conlusion, NO HARM.

IOSR Journal of Pharmacy and Biological Sciences (IOSR-JPBS) e-ISSN:2278-3008, p-ISSN:2319-7676. Volume 11, Issue 3 Ver. I (May.- Jun.2016), PP 20-27 www.iosrjournals.org
Comparative Acute Toxicity Studies of Selected Indigenous Herbal Plants in Swiss Albino Mice

Abstract: Objective: Toxicology may be defined as the study of harmful / poisonous effects of drugs and other chemicals with emphasis on detection, prevention and treatment of poisonings. The present study was aimed to determine LD50 and to establish the safety margin of different solvent extracts of selected herbal plants sources namely Saussurea lappa (Root),
Keywords: Acute toxicity(LD50), Root extract of Saussurea lappa(RESL)

Table-1: Results of the lethal doses of *RESL* for the determination of the LD50 after intraperitoneal injection in mice (n=06):

| Group No. | Dose(mg/kg) of *RESL* | Log Dose of *RESL* | No. of Deaths | % Deaths | *Corrected % | Probits |
|---|---|---|---|---|---|---|
| 1 | 50 | 1.7 | 0/6 | 0 | 4.16 | 3.04 |
| 2 | 250 | 2.4 | 0/6 | 0 | 4.16 | 3.04 |
| 3 | 500 | 2.7 | 2/6 | 33.33 | 33.33 | 4.56 |
| 4 | 1000 | 3 | 3/6 | 66.66 | 66.66 | 5 |
| 5 | 1500 | 3.18 | 5/6 | 83.33 | 83.33 | 5.95 |
| 6 | 2000 | 3.3 | 6/6 | 100 | 95.83 | 6.69 |

*Corrected % Formula: For 0 and 100 % deaths,
For 0% dead: 100(0.25/n), For 100% dead: 100(n-0.25/n)

The LD50 of selected four plant extracts like root extract of Saussurea lappa (RESL), root extract of Ficus bengallensis (REFB), stem bark and root extract of Flacourtria romantchi (SBAREFR) and root extract of Oroxyllum indicum (REOI) in mice was found to be 1000 mg/kg, 1500 mg/kg, 850 mg/kg and 1000 mg/kg after intraperitoneal injection, respectively. Results of intraperitoneal administration of plant extracts in mice are given in Tables-1 to 4 respectively. In the animals receiving intraperitoneal injection, the abdominal muscle contractions and ataxia was observed, which persisted for few hours. At the 6th hour they were drowsy and less responsive. The severity of these effects was related to the level of dose. However, at 24th hour most of the survivors had recovered from these symptoms. The LD50 values presented here after intraperitoneal injection are 10–15 times greater than doses of plant extracts reported for its pharmacological effects.

III. Discussion

The aim of the present study was to determine the LD50 of selected herbal medicinal plants

given intraperitoneally in Swiss albino mice. LD50 estimated by the method of Miller and Tainter inour study, Herbal medicine is still the mainstay of about 75-80% of the world population, mainly in the developing countries for primary health care. Herbal medicines have received greater attention as an alternative to clinical therapy and the demand for these remedies has currently increased.The medicinal plants commonly contain various bioactive principles which have the potential to cause beneficial and/or detrimental effects. Experimental screening method is important in order to ascertain the safety and efficacy of traditional and herbal products and also to establish the active component of the herbal products.The results of the acute toxicity reveals that there was no mortality observed up to the maximum dose level of 2000mg/kg b.wt of the each extract administered intraperitoneally, which is the single high dose recommended by OECD guidelines 425 for testing acute toxicity. No changes attributable to treatment were found in bodyweight, respiration rate, heart rate. Treatment related changes observed in behavioral signs viz. In general in vivo toxicity study is the toxicological analysis of many medicinal plants and its potency to evaluate qualitatively and quantitatively by acute toxicity studies. The acute toxicity testing in mice could be used to evaluate natural remedies for different pharmacological activities, taking into account the basic premise that pharmacology is simply toxicology at a lower dose. A toxic substance might elicit interesting pharmacological effects at a lower non-toxic dose.

The result of the current study showed that the LD50 of the selected herbal plants was found to be greater than 1000mg/kg, body weight which may *be accepted as safe (OECD 425)*. The test animals did not display any significant changes in behavioral pattern such as trembling, diarrhea, salivation, breathing, impairment in food intake, water consumption, postural abnormalities, hair loss, sleep, lethargy, restlessness, or in physical appearance such as eye color, mucous membrane, salivation, skin/fur effects, body weight, injury, when compared to the control at the end of 24 hours of general observation.

In this study, the mice in the control and treated groups were administered with vehicles and crude extracts, respectively. The mice were monitored for 24 hours for any toxic signs and mortality. The clinical symptom is one of the major important observations to indicate the toxicity effects on organs in the treated groups. During the 24 hours of period acute toxicity evaluation, mice which are i.p. administrated with different plant extracts at single dose 1000 mg/kg showed no overt signs of distress, and there were no observable symptoms of neither toxicity nor deaths. All of the mice gained weight and displayed no significant changes in behavior. Apart from that, the physical appearance features such as skin, fur and eyes were found to be normal while the body weight of the mice showed as increase, this indicates that the administration of the crude extracts has negligible level of toxicity on the growth of the animals. Furthermore, determination of food intake and water consumption is important in the study of safety of a product with therapeutic purpose, as proper intake of nutrients is essential to the physiological status of the animal and to the accomplishment of the proper response to the drugs tested.

DOI: 10.9790/3008-1103012027 www.iosrjournals.org 26 | Page

Mice

IV. Conclusion

The present results show that different plant extracts does not cause any apparent in toxicity of an animal model. No death or signs of toxicity were observed in rate treated with extracts at dose 2000 mg/kg thus establishing its safety in use. The extracts did not produce any toxic symptoms of mortality up to the dose level of 250 mg/kg body weight in mice, and hence the extracts were considered safe for further pharmacological screening, the 1/10 or 1/5 of the LD50 were taken as dose for the evaluation of anticancer activity

c. All information pertaining to the U.S. Population.

The honey herb spice mixture is relatively unknown the the US general population, but have been used in Asian cultures for millennia. The US population needs awareness and hence the need for this health claim petition.

F. The petitioner submits a claim for categorical exclusion under 25.32 part f) Affirmation of a food substance as GRAS for humans, no environmental assessment is required.

To the best of my knowledge, the health claims submitted are made in good faith and takes into account a balanced approached. As rigorously justified by the included *Scientific Summary* and *Appendix A*.

Yours very truly,

Shajar Abid

The Alchemist

7

Summary of Scientific knowledge, pertaining to the health claim "MightyHoney cures cancer"

So if it claimed, "MightyHoney® cures cancer", what is the scientific basis for this claim?

Shajar Abid, The Alchemist submits a scientific reference list. (Appendix A). The reference list is limited to NIH PubMed results, a US government database. The Alchemist attests he has done global scientific research, as private study.

A free science lesson from, the chemistry professor's son aka The Alchemist.

Inside the species, commonly known as "black cumin seed" in the west, there is a naturally occurring molecule "Thymoquinone". Thymoquinone can (*cancer cell selectively)* start a process called apoptosis. Apoptosis is "programmed cell death". The cellular mechanism of which is includes a complex biochemical sequence of events. Which is statically picture below.



The molecular structure of Thymoquinone (2-isopropyl-5-methyl-1,4 benzoquinone).

References for diagram:

1.Curtin JF, Cotter TG
Live and let die: regulatory mechanisms in Fas-mediated apoptosis. Cellular signalling
2003 Nov;15(11):983-92

2.Mezzanzanica D, Balladore E, Turatti F, Luison E, Alberti P, Bagnoli M, Figini M,
Mazzoni A, Raspagliesi F, Oggionni M, Pilotti S, Canevari S
CD95-mediated apoptosis is impaired at receptor level by cellular FLICE-inhibitory
protein (long form) in wild-type p53 human ovarian carcinoma. Clinical cancer
research : an official journal of the American Association for Cancer Research 2004 Aug
1;10(15):5202-14

3.Riedl SJ, Shi Y
Molecular mechanisms of caspase regulation during apoptosis. Nature reviews.
Molecular cell biology. 2004 Nov;5(11):897-907

4.Gong XM, Choi J, Franzin CM, Zhai D, Reed JC, Marassi FM
Conformation of membrane-associated proapoptotic tBid. The Journal of biological
chemistry 2004 Jul 9;279(28):28954-60

5.Yamaguchi H, Bhalla K, Wang HG
Bax plays a pivotal role in thapsigargin-induced apoptosis of human colon cancer
HCT116 cells by controlling Smac/Diablo and Omi/HtrA2 release from
mitochondria. Cancer research 2003 Apr 1;63(7):1483-9

6.Saelens X, Festjens N, Vande Walle L, van Gurp M, van Loo G, Vandenabeele P
Toxic proteins released from mitochondria in cell death. Oncogene 2004 Apr
12;23(16):2861-74

7.Chang HY, Nishitoh H, Yang X, Ichijo H, Baltimore D
Activation of apoptosis signal-regulating kinase 1 (ASK1) by the adapter protein
Daxx. Science 1998 Sep 18;281(5384):1860-3

8.Rudel T, Zenke FT, Chuang TH, Bokoch GM
p21-activated kinase (PAK) is required for Fas-induced JNK activation in Jurkat
cells. Journal of immunology (Baltimore, Md. : 1950) 1998 Jan 1;160(1):7-11

**Summary of a relevant global scientific research articles, (pertaining to the health claims).**

International Journal of Cancer



**10 November 2005**
Volume 117, Issue 3
Pages vii–vii, 335–516

# Thymoquinone induces apoptosis through activation of caspase-8 and mitochondrial events in p53-null myeloblastic leukemia HL-60 cells

Abstract

Thymoquinone (TQ), the major biologically active component isolated from a traditional medicinal herb, *Nigella sativa* Linn, is a potential chemopreventive and chemotherapeutic compound. Despite the promising antineoplastic activities of TQ, the molecular mechanism of its pharmacologic effects is poorly understood. Here, we report that TQ exhibits antiproliferative effect, induces apoptosis, disrupts mitochondrial membrane potential and triggers the activation of caspases 8, 9 and 3 in myeloblastic leukemia HL-60 cells. The apoptosis induced by TQ was inhibited by a general caspase inhibitor, z-VAD-FMK; a caspase-3-specific inhibitor, z-DEVD-FMK; as well as a caspase-8-specific inhibitor, z-IETD-FMK. Moreover, the caspase-8 inhibitor blocked the TQ-induced activation of caspase-3, PARP cleavage and the release of cytochrome *c* from mitochondria into the cytoplasm. In addition, TQ treatment of HL-60 cells caused a marked increase in Bax/Bcl2 ratios due to upregulation of Bax and downregulation of Bcl2 proteins. These results indicate that TQ-induced apoptosis is associated with the activation of caspases 8, 9 and 3, with caspase-8 acting as an upstream activator. Activated caspase-8 initiates the release of cytochrome *c* during TQ-induced apoptosis. Overall, these results offer a potential mechanism for TQ-induced apoptosis in p53-null HL-60 cancer cells.

*Nigella sativa* Linn, commonly known as black seed or black cumin, is an annual plant belonging to the Ranunculaceae family. The herb has been traditionally used in the Indian subcontinent, Arabian countries and Europe for culinary and medicinal purposes. *Nigella sativa* seeds contain diverse but well-characterized chemical components, which include both fixed and essential oils, proteins, alkaloids and saponin. Nevertheless, most of the known biologic activities of the seeds have been attributed to TQ. Among its wide-spectrum pharmacologic activities, TQ has antineoplastic activity against various tumor cells.

Thymoquinone: potential cure for inflammatory disorders and cancer.
Woo CC, Kumar AP, Sethi G, Tan KH.
Biochem Pharmacol. 2012 Feb 15;83(4):443-51. doi: 10.1016/j.bcp.2011.09.029. Epub 2011 Oct 10. Review. PMID: 22005518

Thymoquinone is an active ingredient isolated from Nigella sativa and has been investigated for its anti-oxidant, anti-inflammatory and anticancer activities in both in vitro and in vivo models since its first extraction in 1960s. Its anti-oxidant/anti-inflammatory effect has been reported in various disease models, including encephalomyelitis, diabetes, asthma and carcinogenesis. Moreover, thymoquinone could act as a free radical and superoxide radical scavenger, as well as preserving the activity of various anti-oxidant enzymes such as catalase, glutathione peroxidase and glutathione-S-transferase. The anticancer effect(s) of thymoquinone are mediated through different modes of action, including anti-proliferation, apoptosis induction, cell cycle arrest, ROS generation and anti-metastasis/anti-angiogenesis. In addition, this quinone was found to exhibit anticancer activity through the modulation of multiple molecular targets, including p53, p73, PTEN, STAT3, PPAR-γ, activation of caspases and generation of ROS. The anti-tumor effects of thymoquinone have also been investigated in tumor xenograft mice models for colon, prostate, pancreatic and lung cancer. The combination of thymoquinone and conventional chemotherapeutic drugs could produce greater therapeutic effect *as well as reduce the toxicity of the latter*. In this review, we summarize the anti-oxidant/anti-inflammatory and anticancer effects of thymoquinone with a focus on its molecular targets, and its possible role in the treatment of inflammatory diseases and cancer.

Thus on this basis, Abid the Alchemist, has the right to truthfully state that "anti-metastatic" and "anti-angiogenesis" as natural properties of MightyHoney®. Also the more general and scientifically validated statement "Thymoquinone has cancer curing properties". This statement has been validated by world-class scientific researched as evidenced the journal Biochemical Pharmacology Volume 83, Issue 4, 15 February 2012, Pages 443–451.

Respectfully submitted,

Shajar Abid
The Alchemist
5317 Roshni Terrace
Mcleansville, NC
27301
United States of America
919-720-8819
thealchemist@mightyhoney.org

4

# Appendix A

## Scientific references from PubMed database (NIH Library approved)

1: Pang J, Shen N, Yan F, Zhao N, Dou L, Wu LC, Seiler CL, Yu L, Yang K, Bachanova V, Weaver E, Tretyakova NY, Liu S. Thymoquinone exerts potent growth-suppressive activity on leukemia through DNA hypermethylation reversal in leukemia cells. Oncotarget. 2017 Mar 21. doi: 10.18632/oncotarget.16431. [Epub ahead of print] PubMed PMID: 28415607.

2: Khazaei M, Pazhouhi M. Temozolomide-Mediated Apoptotic Death Is Improved by Thymoquinone in U87MG Cell Line. Cancer Invest. 2017 Apr 21;35(4):225-236. doi: 10.1080/07357907.2017.1289383. Epub 2017 Mar 29. PubMed PMID: 28355088.

3: Arumugam P, Subramanian R, Priyadharsini JV, Gopalswamy J. Thymoquinone inhibits the migration of mouse neuroblastoma (Neuro-2a) cells by down-regulating MMP-2 and MMP-9. Chin J Nat Med. 2016 Dec;14(12):904-912. doi: 10.1016/S1875-5364(17)30015-8. PubMed PMID: 28262117.

4: Majdalawieh AF, Fayyad MW, Nasrallah GK. Anti-cancer properties and mechanisms of action of thymoquinone, the major active ingredient of Nigella sativa. Crit Rev Food Sci Nutr. 2017 Jan 31:0. doi: 10.1080/10408398.2016.1277971. [Epub ahead of print] PubMed PMID: 28140613.

5: Relles D, Chipitsyna GI, Gong Q, Yeo CJ, Arafat HA. Thymoquinone Promotes Pancreatic Cancer Cell Death and Reduction of Tumor Size through Combined Inhibition of Histone Deacetylation and Induction of Histone Acetylation. Adv Prev Med. 2016;2016:1407840. doi: 10.1155/2016/1407840. Epub 2016 Dec 26. PubMed PMID: 28105374; PubMed Central PMCID: PMC5220391.

6: Elmaci I, Altinoz MA. Thymoquinone: An edible redox-active quinone for the pharmacotherapy of neurodegenerative conditions and glial brain tumors. A short review. Biomed Pharmacother. 2016 Oct;83:635-640. doi: 10.1016/j.biopha.2016.07.018. Epub 2016 Jul 25. Review. PubMed PMID: 27459120.

7: Pazhouhi M, Sariri R, Rabzia A, Khazaei M. Thymoquinone synergistically potentiates temozolomide cytotoxicity through the inhibition of autophagy in U87MG cell line. Iran J Basic Med Sci. 2016 Aug;19(8):890-898. PubMed PMID: 27746872; PubMed Central PMCID: PMC5048126.

8: Park EJ, Chauhan AK, Min KJ, Park DC, Kwon TK. Thymoquinone induces apoptosis through downregulation of c-FLIP and Bcl-2 in renal carcinoma Caki cells. Oncol Rep. 2016 Oct;36(4):2261-7. doi: 10.3892/or.2016.5019. Epub 2016 Aug 12. PubMed PMID: 27573448.

9: Ganji-Harsini S, Khazaei M, Rashidi Z, Ghanbari A. Thymoquinone Could Increase The Efficacy of Tamoxifen Induced Apoptosis in Human Breast Cancer Cells: An In Vitro Study. Cell J. 2016 Jul-Sep;18(2):245-54. Epub 2016 May 30. PubMed PMID: 27540530; PubMed Central PMCID: PMC4988424.

10: Zheng J, Zhou Y, Li Y, Xu DP, Li S, Li HB. Spices for Prevention and Treatment of Cancers. Nutrients. 2016 Aug 12;8(8). pii: E495. doi: 10.3390/nu8080495. Review. PubMed PMID: 27529277; PubMed Central PMCID: PMC4997408.

11: Zhu N, Zhao X, Xiang Y, Ye S, Huang J, Hu W, Lv L, Zeng C. Thymoquinone attenuates monocrotaline-induced pulmonary artery hypertension via inhibiting pulmonary arterial remodeling in rats. Int J Cardiol. 2016 Oct 15;221:587-96. doi: 10.1016/j.ijcard.2016.06.192. Epub 2016 Jun 30. PubMed PMID: 27420584.

12: Taha MM, Sheikh BY, Salim LZ, Mohan S, Khan A, Kamalidehghan B, Ahmadipour F, Abdelwahab SI. Thymoquinone induces apoptosis and increase ROS in ovarian cancer cell line. Cell Mol Biol (Noisy-le-grand). 2016 May 30;62(6):97-101. PubMed PMID: 27262811.

13: Dastjerdi MN, Mehdiabady EM, Iranpour FG, Bahramian H. Effect of Thymoquinone on P53 Gene Expression and Consequence Apoptosis in Breast Cancer Cell Line. Int J Prev Med. 2016 Apr 14;7:66. doi: 10.4103/2008-7802.180412. eCollection 2016. PubMed PMID: 27141285; PubMed Central PMCID: PMC4837800.

14: Zhu WQ, Wang J, Guo XF, Liu Z, Dong WG. Thymoquinone inhibits proliferation in gastric cancer via the STAT3 pathway in vivo and in vitro. World J Gastroenterol. 2016 Apr 28;22(16):4149-59. doi: 10.3748/wjg.v22.i16.4149. PubMed PMID: 27122665; PubMed Central PMCID: PMC4837432.

15: Sarman H, Bayram R, Benek SB. Anticancer drugs with chemotherapeutic interactions with thymoquinone in osteosarcoma cells. Eur Rev Med Pharmacol Sci. 2016 Apr;20(7):1263-70. PubMed PMID: 27097945.

16: Ashour AE, Ahmed AF, Kumar A, Zoheir KM, Aboul-Soud MA, Ahmad SF, Attia SM, Abd-Allah AR, Cheryan VT, Rishi AK. Thymoquinone inhibits growth of human medulloblastoma cells by inducing oxidative stress and caspase-dependent apoptosis while suppressing NF-κB signaling and IL-8 expression. Mol Cell Biochem. 2016 May;416(1-2):141-55. doi: 10.1007/s11010-016-2703-4. Epub 2016 Apr 15. PubMed PMID: 27084536.

17: Sheikhbahaei F, Khazaei M, Rabzia A, Mansouri K, Ghanbari A. Protective Effects of Thymoquinone against Methotrexate-Induced Germ Cell Apoptosis in Male Mice. Int J Fertil Steril. 2016 Jan-Mar;9(4):541-7. Epub 2015 Dec 23. PubMed PMID: 26985343; PubMed Central PMCID: PMC4793176.

18: Khalife R, Hodroj MH, Fakhoury R, Rizk S. Thymoquinone from Nigella sativa Seeds Promotes the Antitumor Activity of Noncytotoxic Doses of Topotecan in Human Colorectal Cancer Cells in Vitro. Planta Med. 2016 Mar;82(4):312-21. doi: 10.1055/s-0035-1558289. Epub 2016 Feb 5. PubMed PMID: 26848703.

19: Paramasivam A, Raghunandhakumar S, Priyadharsini JV, Jayaraman G. In Vitro Anti-Neuroblastoma Activity of Thymoquinone Against Neuro-2a Cells via Cell-cycle Arrest. Asian Pac J Cancer Prev. 2015;16(18):8313-9. PubMed PMID: 26745078.

20: Wilson AJ, Saskowski J, Barham W, Khabele D, Yull F. Microenvironmental effects limit efficacy of thymoquinone treatment in a mouse model of ovarian cancer. Mol Cancer. 2015 Nov 9;14:192. doi: 10.1186/s12943-015-0463-5. PubMed PMID: 26552746; PubMed Central PMCID: PMC4640396.

21: Parbin S, Shilpi A, Kar S, Pradhan N, Sengupta D, Deb M, Rath SK, Patra SK. Insights into the molecular interactions of thymoquinone with histone deacetylase: evaluation of the therapeutic intervention potential against breast cancer. Mol Biosyst. 2016 Jan;12(1):48-58. doi: 10.1039/c5mb00412h. PubMed PMID: 26540192.

22: Rajput S, Puvvada N, Kumar BN, Sarkar S, Konar S, Bharti R, Dey G, Mazumdar A, Pathak A, Fisher PB, Mandal M. Overcoming Akt Induced Therapeutic Resistance in Breast Cancer through siRNA and Thymoquinone Encapsulated Multilamellar Gold Niosomes. Mol Pharm. 2015 Dec 7;12(12):4214-25. doi: 10.1021/acs.molpharmaceut.5b00692. Epub 2015 Nov 10. PubMed PMID: 26505213.

23: Şakalar Ç, İzgi K, İskender B, Sezen S, Aksu H, Çakır M, Kurt B, Turan A,

Canatan H. The combination of thymoquinone and paclitaxel shows anti-tumor activity through the interplay with apoptosis network in triple-negative breast cancer. Tumour Biol. 2016 Apr;37(4):4467-77. doi: 10.1007/s13277-015-4307-0. Epub 2015 Oct 26. PubMed PMID: 26500095.


24: Ke X, Zhao Y, Lu X, Wang Z, Liu Y, Ren M, Lu G, Zhang D, Sun Z, Xu Z, Song JH, Cheng Y, Meltzer SJ, He S. TQ inhibits hepatocellular carcinoma growth in vitro and in vivo via repression of Notch signaling. Oncotarget. 2015 Oct 20;6(32):32610-21. doi: 10.18632/oncotarget.5362. PubMed PMID: 26416455; PubMed Central PMCID: PMC4741716.


25: Wilson AJ, Saskowski J, Barham W, Yull F, Khabele D. Thymoquinone enhances cisplatin-response through direct tumor effects in a syngeneic mouse model of ovarian cancer. J Ovarian Res. 2015 Jul 28;8:46. doi: 10.1186/s13048-015-0177-8. PubMed PMID: 26215403; PubMed Central PMCID: PMC4517540.


26: Shin SB, Woo SU, Yim H. Differential Cellular Effects of Plk1 Inhibitors Targeting the ATP-binding Domain or Polo-box Domain. J Cell Physiol. 2015 Dec;230(12):3057-67. doi: 10.1002/jcp.25042. PubMed PMID: 25975351.


27: Kundu J, Chun KS, Aruoma OI, Kundu JK. Mechanistic perspectives on cancer chemoprevention/chemotherapeutic effects of thymoquinone. Mutat Res. 2014 Oct;768:22-34. doi: 10.1016/j.mrfmmm.2014.05.003. Epub 2014 May 27. Review. PubMed PMID: 25847385.


28: Pandita A, Manvati S, Singh SK, Vaishnavi S, Bamezai RN. Combined effect of microRNA, nutraceuticals and drug on pancreatic cancer cell lines. Chem Biol Interact. 2015 May 25;233:56-64. doi: 10.1016/j.cbi.2015.03.018. Epub 2015 Apr 1. PubMed PMID: 25841339.


29: ElKhoely A, Hafez HF, Ashmawy AM, Badary O, Abdelaziz A, Mostafa A, Shouman SA. Chemopreventive and therapeutic potentials of thymoquinone in HepG2 cells: mechanistic perspectives. J Nat Med. 2015 Jul;69(3):313-23. doi: 10.1007/s11418-015-0895-7. Epub 2015 Mar 22. PubMed PMID: 25796541.


30: Ng WK, Saiful Yazan L, Yap LH, Wan Nor Hafiza WA, How CW, Abdullah R. Thymoquinone-loaded nanostructured lipid carrier exhibited cytotoxicity towards breast cancer cell lines (MDA-MB-231 and MCF-7) and cervical cancer cell lines (HeLa and SiHa). Biomed Res Int. 2015;2015:263131. doi: 10.1155/2015/263131. Epub 2015 Jan 6. PubMed PMID: 25632388; PubMed Central PMCID: PMC4303008.

4

31: Chen MC, Lee NH, Hsu HH, Ho TJ, Tu CC, Hsieh DJ, Lin YM, Chen LM, Kuo WW, Huang CY. Thymoquinone induces caspase-independent, autophagic cell death in CPT-11-resistant lovo colon cancer via mitochondrial dysfunction and activation of JNK and p38. J Agric Food Chem. 2015 Feb 11;63(5):1540-6. doi: 10.1021/jf5054063. Epub 2015 Feb 3. PubMed PMID: 25611974.

32: Dirican A, Erten C, Atmaca H, Bozkurt E, Kucukzeybek Y, Varol U, Oktay Tarhan M, Karaca B, Uslu R. Enhanced cytotoxicity and apoptosis by thymoquinone in combination with zoledronic acid in hormone- and drug-resistant prostate cancer cell lines. J BUON. 2014 Oct-Dec;19(4):1055-61. PubMed PMID: 25536616.

33: Salim LZ, Othman R, Abdulla MA, Al-Jashamy K, Ali HM, Hassandarvish P, Dehghan F, Ibrahim MY, Omer FA, Mohan S. Thymoquinone inhibits murine leukemia WEHI-3 cells in vivo and in vitro. PLoS One. 2014 Dec 22;9(12):e115340. doi: 10.1371/journal.pone.0115340. eCollection 2014. Erratum in: PLoS One. 2015;10(3):e0120034. PubMed PMID: 25531768; PubMed Central PMCID: PMC4274020.

34: Khalife R, El-Hayek S, Tarras O, Hodroj MH, Rizk S. Antiproliferative and proapoptotic effects of topotecan in combination with thymoquinone on acute myelogenous leukemia. Clin Lymphoma Myeloma Leuk. 2014 Sep;14 Suppl:S46-55. doi: 10.1016/j.clml.2014.04.014. Erratum in: Clin Lymphoma Myeloma Leuk. 2015 Jun;15(6):384. Stephany, El-Hayek [corrected to El-Hayek, Stephany]. PubMed PMID: 25486955.

35: Salem AA, El Haty IA, Abdou IM, Mu Y. Interaction of human telomeric G-quadruplex DNA with thymoquinone: a possible mechanism for thymoquinone anticancer effect. Biochim Biophys Acta. 2015 Feb;1850(2):329-42. doi: 10.1016/j.bbagen.2014.10.018. Epub 2014 Oct 24. PubMed PMID: 25450185.

36: Brown RK, Wilson G, Tucci MA, Benghuzzi HA. The effects of thymoquinone and Doxorubicin on leukemia and cardiomyocyte cell lines. Biomed Sci Instrum. 2014;50:391-6. PubMed PMID: 25405449.

37: Mu GG, Zhang LL, Li HY, Liao Y, Yu HG. Thymoquinone Pretreatment Overcomes the Insensitivity and Potentiates the Antitumor Effect of Gemcitabine Through Abrogation of Notch1, PI3K/Akt/mTOR Regulated Signaling Pathways in Pancreatic Cancer. Dig Dis Sci. 2015 Apr;60(4):1067-80. doi: 10.1007/s10620-014-3394-x. Epub 2014 Oct 26. PubMed PMID: 25344906.

38: Ichwan SJ, Al-Ani IM, Bilal HG, Suriyah WH, Taher M, Ikeda MA. Apoptotic activities of thymoquinone, an active ingredient of black seed (Nigella sativa), in cervical cancer cell lines. Chin J Physiol. 2014 Oct 31;57(5):249-55. doi: 10.4077/CJP.2014.BAB190. PubMed PMID: 25241984.

39: Pandita A, Kumar B, Manvati S, Vaishnavi S, Singh SK, Bamezai RN. Synergistic combination of gemcitabine and dietary molecule induces apoptosis in pancreatic cancer cells and down regulates PKM2 expression. PLoS One. 2014 Sep 8;9(9):e107154. doi: 10.1371/journal.pone.0107154. eCollection 2014. PubMed PMID: 25197966; PubMed Central PMCID: PMC4157832.

40: El-Baba C, Mahadevan V, Fahlbusch FB, Mohan S S, Rau TT, Gali-Muhtasib H, Schneider-Stock R. Thymoquinone-induced conformational changes of PAK1 interrupt prosurvival MEK-ERK signaling in colorectal cancer. Mol Cancer. 2014 Aug 29;13:201. doi: 10.1186/1476-4598-13-201. PubMed PMID: 25174975; PubMed Central PMCID: PMC4158125.

41: Rajput S, Kumar BN, Banik P, Parida S, Mandal M. Thymoquinone restores radiation-induced TGF-β expression and abrogates EMT in chemoradiotherapy of breast cancer cells. J Cell Physiol. 2015 Mar;230(3):620-9. doi: 10.1002/jcp.24780. PubMed PMID: 25164250.

42: Dirican A, Atmaca H, Bozkurt E, Erten C, Karaca B, Uslu R. Novel combination of docetaxel and thymoquinone induces synergistic cytotoxicity and apoptosis in DU-145 human prostate cancer cells by modulating PI3K-AKT pathway. Clin Transl Oncol. 2015 Feb;17(2):145-51. doi: 10.1007/s12094-014-1206-6. Epub 2014 Jul 25. PubMed PMID: 25060568.

43: Chu SC, Hsieh YS, Yu CC, Lai YY, Chen PN. Thymoquinone induces cell death in human squamous carcinoma cells via caspase activation-dependent apoptosis and LC3-II activation-dependent autophagy. PLoS One. 2014 Jul 7;9(7):e101579. doi: 10.1371/journal.pone.0101579. eCollection 2014. PubMed PMID: 25000169; PubMed Central PMCID: PMC4085014.

44: Kundu J, Choi BY, Jeong CH, Kundu JK, Chun KS. Thymoquinone induces apoptosis in human colon cancer HCT116 cells through inactivation of STAT3 by blocking JAK2- and Src-mediated phosphorylation of EGF receptor tyrosine kinase. Oncol Rep. 2014 Aug;32(2):821-8. doi: 10.3892/or.2014.3223. Epub 2014 May 29. PubMed PMID: 24890449.

6

45: Xu D, Ma Y, Zhao B, Li S, Zhang Y, Pan S, Wu Y, Wang J, Wang D, Pan H, Liu L, Jiang H. Thymoquinone induces G2/M arrest, inactivates PI3K/Akt and nuclear factor-κB pathways in human cholangiocarcinomas both in vitro and in vivo. Oncol Rep. 2014 May;31(5):2063-70. doi: 10.3892/or.2014.3059. Epub 2014 Mar 5. PubMed PMID: 24603952.


46: Sutton KM, Greenshields AL, Hoskin DW. Thymoquinone, a bioactive component of black caraway seeds, causes G1 phase cell cycle arrest and apoptosis in triple-negative breast cancer cells with mutant p53. Nutr Cancer. 2014;66(3):408-18. doi: 10.1080/01635581.2013.878739. Epub 2014 Feb 28. PubMed PMID: 24579801.


47: Siveen KS, Mustafa N, Li F, Kannaiyan R, Ahn KS, Kumar AP, Chng WJ, Sethi G. Thymoquinone overcomes chemoresistance and enhances the anticancer effects of bortezomib through abrogation of NF-κB regulated gene products in multiple myeloma xenograft mouse model. Oncotarget. 2014 Feb 15;5(3):634-48. PubMed PMID: 24504138; PubMed Central PMCID: PMC3996662.


48: Huq F, Yu JQ, Beale P, Chan C, Arzuman L, Nessa MU, Mazumder ME. Combinations of platinums and selected phytochemicals as a means of overcoming resistance in ovarian cancer. Anticancer Res. 2014 Jan;34(1):541-5. PubMed PMID: 24403514.


49: Ashour AE, Abd-Allah AR, Korashy HM, Attia SM, Alzahrani AZ, Saquib Q, Bakheet SA, Abdel-Hamied HE, Jamal S, Rishi AK. Thymoquinone suppression of the human hepatocellular carcinoma cell growth involves inhibition of IL-8 expression, elevated levels of TRAIL receptors, oxidative stress and apoptosis. Mol Cell Biochem. 2014 Apr;389(1-2):85-98. doi: 10.1007/s11010-013-1930-1. Epub 2014 Jan 8. PubMed PMID: 24399465.


50: Hassanien SE, Ramadan AM, Azeiz AZ, Mohammed RA, Hassan SM, Shokry AM, Atef A, Kamal KB, Rabah S, Sabir JS, Abuzinadah OA, El-Domyati FM, Martin GB, Bahieldin A. Thymoquinone causes multiple effects, including cell death, on dividing plant cells. C R Biol. 2013 Nov-Dec;336(11-12):546-56. doi: 10.1016/j.crvi.2013.10.007. Epub 2013 Nov 19. PubMed PMID: 24296078.


51: Ulasli SS, Celik S, Gunay E, Ozdemir M, Hazman O, Ozyurek A, Koyuncu T, Unlu M. Anticancer effects of thymoquinone, caffeic acid phenethyl ester and resveratrol on A549 non-small cell lung cancer cells exposed to benzo(a)pyrene. Asian Pac J Cancer Prev. 2013;14(10):6159-64. PubMed PMID: 24289642.

7

52: Motaghed M, Al-Hassan FM, Hamid SS. Thymoquinone regulates gene expression levels in the estrogen metabolic and interferon pathways in MCF7 breast cancer cells. Int J Mol Med. 2014 Jan;33(1):8-16. doi: 10.3892/ijmm.2013.1563. Epub 2013 Nov 21. PubMed PMID: 24270600; PubMed Central PMCID: PMC3868490.

53: Acharya BR, Chatterjee A, Ganguli A, Bhattacharya S, Chakrabarti G. Thymoquinone inhibits microtubule polymerization by tubulin binding and causes mitotic arrest following apoptosis in A549 cells. Biochimie. 2014 Feb;97:78-91. doi: 10.1016/j.biochi.2013.09.025. Epub 2013 Oct 7. PubMed PMID: 24113316.

54: Woo CC, Hsu A, Kumar AP, Sethi G, Tan KH. Thymoquinone inhibits tumor growth and induces apoptosis in a breast cancer xenograft mouse model: the role of p38 MAPK and ROS. PLoS One. 2013 Oct 2;8(10):e75356. doi: 10.1371/journal.pone.0075356. eCollection 2013. PubMed PMID: 24098377; PubMed Central PMCID: PMC3788809.

55: Rajput S, Kumar BN, Dey KK, Pal I, Parekh A, Mandal M. Molecular targeting of Akt by thymoquinone promotes G(1) arrest through translation inhibition of cyclin D1 and induces apoptosis in breast cancer cells. Life Sci. 2013 Nov 13;93(21):783-90. doi: 10.1016/j.lfs.2013.09.009. Epub 2013 Sep 15. PubMed PMID: 24044882.

56: Racoma IO, Meisen WH, Wang QE, Kaur B, Wani AA. Thymoquinone inhibits autophagy and induces cathepsin-mediated, caspase-independent cell death in glioblastoma cells. PLoS One. 2013 Sep 9;8(9):e72882. doi: 10.1371/journal.pone.0072882. eCollection 2013. PubMed PMID: 24039814; PubMed Central PMCID: PMC3767730.

57: Salim LZ, Mohan S, Othman R, Abdelwahab SI, Kamalidehghan B, Sheikh BY, Ibrahim MY. Thymoquinone induces mitochondria-mediated apoptosis in acute lymphoblastic leukaemia in vitro. Molecules. 2013 Sep 12;18(9):11219-40. doi: 10.3390/molecules180911219. PubMed PMID: 24036512.

58: Sakalar C, Yuruk M, Kaya T, Aytekin M, Kuk S, Canatan H. Pronounced transcriptional regulation of apoptotic and TNF-NF-kappa-B signaling genes during the course of thymoquinone mediated apoptosis in HeLa cells. Mol Cell Biochem. 2013 Nov;383(1-2):243-51. doi: 10.1007/s11010-013-1772-x. Epub 2013 Aug 14. PubMed PMID: 23943306.

59: Motaghed M, Al-Hassan FM, Hamid SS. Cellular responses with thymoquinone treatment in human breast cancer cell line MCF-7. Pharmacognosy Res. 2013 Jul;5(3):200-6. doi: 10.4103/0974-8490.112428. PubMed PMID: 23900121; PubMed Central PMCID: PMC3719263.

60: Zubair H, Khan HY, Sohail A, Azim S, Ullah MF, Ahmad A, Sarkar FH, Hadi SM. Redox cycling of endogenous copper by thymoquinone leads to ROS-mediated DNA breakage and consequent cell death: putative anticancer mechanism of antioxidants. Cell Death Dis. 2013 Jun 6;4:e660. doi: 10.1038/cddis.2013.172. PubMed PMID: 23744360; PubMed Central PMCID: PMC3698541.

61: Abdelfadil E, Cheng YH, Bau DT, Ting WJ, Chen LM, Hsu HH, Lin YM, Chen RJ, Tsai FJ, Tsai CH, Huang CY. Thymoquinone induces apoptosis in oral cancer cells through p38β inhibition. Am J Chin Med. 2013;41(3):683-96. doi: 10.1142/S0192415X1350047X. PubMed PMID: 23711149.

62: Lang M, Borgmann M, Oberhuber G, Evstatiev R, Jimenez K, Dammann KW, Jambrich M, Khare V, Campregher C, Ristl R, Gasche C. Thymoquinone attenuates tumor growth in ApcMin mice by interference with Wnt-signaling. Mol Cancer. 2013 May 13;12(1):41. doi: 10.1186/1476-4598-12-41. PubMed PMID: 23668310; PubMed Central PMCID: PMC3663767.

63: Rajput S, Kumar BN, Sarkar S, Das S, Azab B, Santhekadur PK, Das SK, Emdad L, Sarkar D, Fisher PB, Mandal M. Targeted apoptotic effects of thymoquinone and tamoxifen on XIAP mediated Akt regulation in breast cancer. PLoS One. 2013 Apr 17;8(4):e61342. doi: 10.1371/journal.pone.0061342. Print 2013. PubMed PMID: 23613836; PubMed Central PMCID: PMC3629226.

64: Yusufi M, Banerjee S, Mohammad M, Khatal S, Venkateswara Swamy K, Khan EM, Aboukameel A, Sarkar FH, Padhye S. Synthesis, characterization and anti-tumor activity of novel thymoquinone analogs against pancreatic cancer. Bioorg Med Chem Lett. 2013 May 15;23(10):3101-4. doi: 10.1016/j.bmcl.2013.03.003. Epub 2013 Mar 14. PubMed PMID: 23562242.

65: Hussain AR, Uddin S, Ahmed M, Al-Dayel F, Bavi PP, Al-Kuraya KS. Phosphorylated IκBα predicts poor prognosis in activated B-cell lymphoma and its inhibition with thymoquinone induces apoptosis via ROS release. PLoS One. 2013;8(3):e60540. doi: 10.1371/journal.pone.0060540. Epub 2013 Mar 28. PubMed PMID: 23555990; PubMed Central PMCID: PMC3610815.

66: Dergarabetian EM, Ghattass KI, El-Sitt SB, Al-Mismar RM, El-Baba CO, Itani WS, Melhem NM, El-Hajj HA, Bazarbachi AA, Schneider-Stock R, Gali-Muhtasib HU. Thymoquinone induces apoptosis in malignant T-cells via generation of ROS. Front Biosci (Elite Ed). 2013 Jan 1;5:706-19. PubMed PMID: 23277025.


67: Peng L, Liu A, Shen Y, Xu HZ, Yang SZ, Ying XZ, Liao W, Liu HX, Lin ZQ, Chen QY, Cheng SW, Shen WD. Antitumor and anti-angiogenesis effects of thymoquinone on osteosarcoma through the NF-κB pathway. Oncol Rep. 2013 Feb;29(2):571-8. doi: 10.3892/or.2012.2165. Epub 2012 Dec 4. PubMed PMID: 23232982.


68: Zihlif MA, Mahmoud IS, Ghanim MT, Zreikat MS, Alrabadi N, Imraish A, Odeh F, Abbas MA, Ismail SI. Thymoquinone efficiently inhibits the survival of EBV-infected B cells and alters EBV gene expression. Integr Cancer Ther. 2013 May;12(3):257-63. doi: 10.1177/1534735412458827. Epub 2012 Oct 21. PubMed PMID: 23089554.


69: Das S, Dey KK, Dey G, Pal I, Majumder A, MaitiChoudhury S, kundu SC, Mandal M. Antineoplastic and apoptotic potential of traditional medicines thymoquinone and diosgenin in squamous cell carcinoma. PLoS One. 2012;7(10):e46641. doi: 10.1371/journal.pone.0046641. Epub 2012 Oct 15. PubMed PMID: 23077516; PubMed Central PMCID: PMC3471895.


70: Sutton KM, Doucette CD, Hoskin DW. NADPH quinone oxidoreductase 1 mediates breast cancer cell resistance to thymoquinone-induced apoptosis. Biochem Biophys Res Commun. 2012 Sep 28;426(3):421-6. doi: 10.1016/j.bbrc.2012.08.111. Epub 2012 Aug 30. PubMed PMID: 22960073.


71: Attoub S, Sperandio O, Raza H, Arafat K, Al-Salam S, Al Sultan MA, Al Safi M, Takahashi T, Adem A. Thymoquinone as an anticancer agent: evidence from inhibition of cancer cells viability and invasion in vitro and tumor growth in vivo. Fundam Clin Pharmacol. 2013 Oct;27(5):557-69. doi: 10.1111/j.1472-8206.2012.01056.x. Epub 2012 Jul 13. PubMed PMID: 22788741.


72: Paramasivam A, Sambantham S, Shabnam J, Raghunandhakumar S, Anandan B, Rajiv R, Vijayashree Priyadharsini J, Jayaraman G. Anti-cancer effects of thymoquinone in mouse neuroblastoma (Neuro-2a) cells through caspase-3 activation with down-regulation of XIAP. Toxicol Lett. 2012 Sep 3;213(2):151-9. doi: 10.1016/j.toxlet.2012.06.011. Epub 2012 Jun 23. PubMed PMID: 22732633.


73: El-Toni AM, Khan A, Ibrahim MA, Labis JP, badr G, Al-Hoshan M, Yin S, Sato T.

Synthesis of double mesoporous core-shell silica spheres with tunable core porosity and their drug release and cancer cell apoptosis properties. J Colloid Interface Sci. 2012 Jul 15;378(1):83-92. doi: 10.1016/j.jcis.2012.04.006. Epub 2012 Apr 17. PubMed PMID: 22551476.

74: Mu HQ, Yang S, Wang YJ, Chen YH. [Role of NF-κB in the anti-tumor effect of thymoquinone on bladder cancer]. Zhonghua Yi Xue Za Zhi. 2012 Feb 14;92(6):392-6. Chinese. PubMed PMID: 22490899.

75: Wang YM. [Inhibitory effects of thymoquinone on human pancreatic carcinoma orthotopically implanted in nude mice]. Zhonghua Yi Xue Za Zhi. 2011 Nov 29;91(44):3111-4. Chinese. PubMed PMID: 22340651.

76: Lei X, Lv X, Liu M, Yang Z, Ji M, Guo X, Dong W. Thymoquinone inhibits growth and augments 5-fluorouracil-induced apoptosis in gastric cancer cells both in vitro and in vivo. Biochem Biophys Res Commun. 2012 Jan 13;417(2):864-8. doi: 10.1016/j.bbrc.2011.12.063. Epub 2011 Dec 20. PubMed PMID: 22206670.

77: Woo CC, Kumar AP, Sethi G, Tan KH. Thymoquinone: potential cure for inflammatory disorders and cancer. Biochem Pharmacol. 2012 Feb 15;83(4):443-51. doi: 10.1016/j.bcp.2011.09.029. Epub 2011 Oct 10. Review. PubMed PMID: 22005518.

78: Salem ML, Alenzi FQ, Attia WY. Thymoquinone, the active ingredient of Nigella sativa seeds, enhances survival and activity of antigen-specific CD8-positive T cells in vitro. Br J Biomed Sci. 2011;68(3):131-7. PubMed PMID: 21950205.

79: Badr G, Lefevre EA, Mohany M. Thymoquinone inhibits the CXCL12-induced chemotaxis of multiple myeloma cells and increases their susceptibility to Fas-mediated apoptosis. PLoS One. 2011;6(9):e23741. doi: 10.1371/journal.pone.0023741. Epub 2011 Sep 1. PubMed PMID: 21912642; PubMed Central PMCID: PMC3164673.

80: Alhosin M, Ibrahim A, Boukhari A, Sharif T, Gies JP, Auger C, Schini-Kerth VB. Anti-neoplastic agent thymoquinone induces degradation of α and β tubulin proteins in human cancer cells without affecting their level in normal human fibroblasts. Invest New Drugs. 2012 Oct;30(5):1813-9. doi: 10.1007/s10637-011-9734-1. Epub 2011 Sep 1. PubMed PMID: 21881916.

81: Rajput S, Mandal M. Antitumor promoting potential of selected phytochemicals

derived from spices: a review. Eur J Cancer Prev. 2012 Mar;21(2):205-15. doi:
10.1097/CEJ.0b013e32834a7f0c. Review. PubMed PMID: 21876437.


82: Yuan J, Sanhaji M, Krämer A, Reindl W, Hofmann M, Kreis NN, Zimmer B, Berg T,
Strebhardt K. Polo-box domain inhibitor poloxin activates the spindle assembly
checkpoint and inhibits tumor growth in vivo. Am J Pathol. 2011
Oct;179(4):2091-9. doi: 10.1016/j.ajpath.2011.06.031. Epub 2011 Aug 10. PubMed
PMID: 21839059; PubMed Central PMCID: PMC3181368.


83: Woo CC, Loo SY, Gee V, Yap CW, Sethi G, Kumar AP, Tan KH. Anticancer activity
of thymoquinone in breast cancer cells: possible involvement of PPAR-γ pathway.
Biochem Pharmacol. 2011 Sep 1;82(5):464-75. doi: 10.1016/j.bcp.2011.05.030. Epub
2011 Jun 14. PubMed PMID: 21679698.


84: Ng WK, Yazan LS, Ismail M. Thymoquinone from Nigella sativa was more potent
than cisplatin in eliminating of SiHa cells via apoptosis with down-regulation of
Bcl-2 protein. Toxicol In Vitro. 2011 Oct;25(7):1392-8. doi:
10.1016/j.tiv.2011.04.030. Epub 2011 May 15. PubMed PMID: 21609759.


85: Velho-Pereira R, Kumar A, Pandey BN, Jagtap AG, Mishra KP. Radiosensitization
in human breast carcinoma cells by thymoquinone: role of cell cycle and
apoptosis. Cell Biol Int. 2011 Oct;35(10):1025-9. doi: 10.1042/CBI20100701.
PubMed PMID: 21557727.


86: Hussain AR, Ahmed M, Ahmed S, Manogaran P, Platanias LC, Alvi SN, Al-Kuraya
KS, Uddin S. Thymoquinone suppresses growth and induces apoptosis via generation
of reactive oxygen species in primary effusion lymphoma. Free Radic Biol Med.
2011 Apr 15;50(8):978-87. doi: 10.1016/j.freeradbiomed.2010.12.034. Epub 2011 Jan
4. PubMed PMID: 21215312.


87: Khan MA, Chen HC, Tania M, Zhang DZ. Anticancer activities of Nigella sativa
(black cumin). Afr J Tradit Complement Altern Med. 2011;8(5 Suppl):226-32. doi:
10.4314/ajtcam.v8i5S.10. Epub 2011 Jul 3. Review. PubMed PMID: 22754079; PubMed
Central PMCID: PMC3252704.


88: Connelly L, Barham W, Onishko HM, Sherrill T, Chodosh LA, Blackwell TS, Yull
FE. Inhibition of NF-kappa B activity in mammary epithelium increases tumor
latency and decreases tumor burden. Oncogene. 2011 Mar 24;30(12):1402-12. doi:
10.1038/onc.2010.521. Epub 2010 Nov 15. PubMed PMID: 21076466; PubMed Central
PMCID: PMC3063854.

89: Arafa el-SA, Zhu Q, Shah ZI, Wani G, Barakat BM, Racoma I, El-Mahdy MA, Wani AA. Thymoquinone up-regulates PTEN expression and induces apoptosis in doxorubicin-resistant human breast cancer cells. Mutat Res. 2011 Jan 10;706(1-2):28-35. doi: 10.1016/j.mrfmmm.2010.10.007. Epub 2010 Oct 30. PubMed PMID: 21040738; PubMed Central PMCID: PMC3037029.


90: Banerjee S, Padhye S, Azmi A, Wang Z, Philip PA, Kucuk O, Sarkar FH, Mohammad RM. Review on molecular and therapeutic potential of thymoquinone in cancer. Nutr Cancer. 2010;62(7):938-46. doi: 10.1080/01635581.2010.509832. Review. PubMed PMID: 20924969; PubMed Central PMCID: PMC4167365.


91: Li F, Rajendran P, Sethi G. Thymoquinone inhibits proliferation, induces apoptosis and chemosensitizes human multiple myeloma cells through suppression of signal transducer and activator of transcription 3 activation pathway. Br J Pharmacol. 2010 Oct;161(3):541-54. doi: 10.1111/j.1476-5381.2010.00874.x. PubMed PMID: 20880395; PubMed Central PMCID: PMC2990154.


92: Abusnina A, Alhosin M, Keravis T, Muller CD, Fuhrmann G, Bronner C, Lugnier C. Down-regulation of cyclic nucleotide phosphodiesterase PDE1A is the key event of p73 and UHRF1 deregulation in thymoquinone-induced acute lymphoblastic leukemia cell apoptosis. Cell Signal. 2011 Jan;23(1):152-60. doi: 10.1016/j.cellsig.2010.08.015. Epub 2010 Aug 31. PubMed PMID: 20807569.


93: Gurung RL, Lim SN, Khaw AK, Soon JF, Shenoy K, Mohamed Ali S, Jayapal M, Sethu S, Baskar R, Hande MP. Thymoquinone induces telomere shortening, DNA damage and apoptosis in human glioblastoma cells. PLoS One. 2010 Aug 12;5(8):e12124. doi: 10.1371/journal.pone.0012124. PubMed PMID: 20711342; PubMed Central PMCID: PMC2920825.


94: Butt MS, Sultan MT. Nigella sativa: reduces the risk of various maladies. Crit Rev Food Sci Nutr. 2010 Aug;50(7):654-65. doi: 10.1080/10408390902768797. Review. PubMed PMID: 20694927.


95: Jafri SH, Glass J, Shi R, Zhang S, Prince M, Kleiner-Hancock H. Thymoquinone and cisplatin as a therapeutic combination in lung cancer: In vitro and in vivo. J Exp Clin Cancer Res. 2010 Jul 1;29:87. doi: 10.1186/1756-9966-29-87. PubMed PMID: 20594324; PubMed Central PMCID: PMC2909169.

13

96: Effenberger-Neidnicht K, Schobert R. Combinatorial effects of thymoquinone on the anti-cancer activity of doxorubicin. Cancer Chemother Pharmacol. 2011 Apr;67(4):867-74. doi: 10.1007/s00280-010-1386-x. Epub 2010 Jun 26. PubMed PMID: 20582416.

97: Koka PS, Mondal D, Schultz M, Abdel-Mageed AB, Agrawal KC. Studies on molecular mechanisms of growth inhibitory effects of thymoquinone against prostate cancer cells: role of reactive oxygen species. Exp Biol Med (Maywood). 2010 Jun;235(6):751-60. doi: 10.1258/ebm.2010.009369. PubMed PMID: 20511679.

98: Torres MP, Ponnusamy MP, Chakraborty S, Smith LM, Das S, Arafat HA, Batra SK. Effects of thymoquinone in the expression of mucin 4 in pancreatic cancer cells: implications for the development of novel cancer therapies. Mol Cancer Ther. 2010 May;9(5):1419-31. doi: 10.1158/1535-7163.MCT-10-0075. Epub 2010 Apr 27. PubMed PMID: 20423995; PubMed Central PMCID: PMC2906253.

99: Banerjee S, Azmi AS, Padhye S, Singh MW, Baruah JB, Philip PA, Sarkar FH, Mohammad RM. Structure-activity studies on therapeutic potential of Thymoquinone analogs in pancreatic cancer. Pharm Res. 2010 Jun;27(6):1146-58. doi: 10.1007/s11095-010-0145-3. Epub 2010 Apr 27. PubMed PMID: 20422266; PubMed Central PMCID: PMC3093961.

100: Cecarini V, Quassinti L, Di Blasio A, Bonfili L, Bramucci M, Lupidi G, Cuccioloni M, Mozzicafreddo M, Angeletti M, Eleuteri AM. Effects of thymoquinone on isolated and cellular proteasomes. FEBS J. 2010 May;277(9):2128-41. doi: 10.1111/j.1742-4658.2010.07629.x. PubMed PMID: 20412058.

101: Wirries A, Breyer S, Quint K, Schobert R, Ocker M. Thymoquinone hydrazone derivatives cause cell cycle arrest in p53-competent colorectal cancer cells. Exp Ther Med. 2010 Mar;1(2):369-375. Epub 2010 Mar 1. PubMed PMID: 22993551; PubMed Central PMCID: PMC3445902.

102: Ravindran J, Nair HB, Sung B, Prasad S, Tekmal RR, Aggarwal BB. Thymoquinone poly (lactide-co-glycolide) nanoparticles exhibit enhanced anti-proliferative, anti-inflammatory, and chemosensitization potential. Biochem Pharmacol. 2010 Jun 1;79(11):1640-7. doi: 10.1016/j.bcp.2010.01.023. Epub 2010 Jan 25. Retraction in: Biochem Pharmacol. 2016 Feb 15;102:146. PubMed PMID: 20105430; PubMed Central PMCID: PMC2846982.

103: Effenberger K, Breyer S, Schobert R. Terpene conjugates of the Nigella

sativa seed-oil constituent thymoquinone with enhanced efficacy in cancer cells.
Chem Biodivers. 2010 Jan;7(1):129-39. doi: 10.1002/cbdv.200900328. PubMed PMID:
20087986.


104: Alhosin M, Abusnina A, Achour M, Sharif T, Muller C, Peluso J, Chataigneau
T, Lugnier C, Schini-Kerth VB, Bronner C, Fuhrmann G. Induction of apoptosis by
thymoquinone in lymphoblastic leukemia Jurkat cells is mediated by a
p73-dependent pathway which targets the epigenetic integrator UHRF1. Biochem
Pharmacol. 2010 May 1;79(9):1251-60. doi: 10.1016/j.bcp.2009.12.015. Epub 2009
Dec 22. PubMed PMID: 20026309.


105: Abd El-Ghany RM, Sharaf NM, Kassem LA, Mahran LG, Heikal OA. Thymoquinone
triggers anti-apoptotic signaling targeting death ligand and apoptotic regulators
in a model of hepatic ischemia reperfusion injury. Drug Discov Ther. 2009
Dec;3(6):296-306. PubMed PMID: 22495664.


106: El-Najjar N, Chatila M, Moukadem H, Vuorela H, Ocker M, Gandesiri M,
Schneider-Stock R, Gali-Muhtasib H. Reactive oxygen species mediate
thymoquinone-induced apoptosis and activate ERK and JNK signaling. Apoptosis.
2010 Feb;15(2):183-95. doi: 10.1007/s10495-009-0421-z. PubMed PMID: 19882352.


107: Chehl N, Chipitsyna G, Gong Q, Yeo CJ, Arafat HA. Anti-inflammatory effects
of the Nigella sativa seed extract, thymoquinone, in pancreatic cancer cells. HPB
(Oxford). 2009 Aug;11(5):373-81. doi: 10.1111/j.1477-2574.2009.00059.x. PubMed
PMID: 19768141; PubMed Central PMCID: PMC2742606.


108: Banerjee S, Kaseb AO, Wang Z, Kong D, Mohammad M, Padhye S, Sarkar FH,
Mohammad RM. Antitumor activity of gemcitabine and oxaliplatin is augmented by
thymoquinone in pancreatic cancer. Cancer Res. 2009 Jul 1;69(13):5575-83. doi:
10.1158/0008-5472.CAN-08-4235. Epub 2009 Jun 23. PubMed PMID: 19549912.


109: Breyer S, Effenberger K, Schobert R. Effects of thymoquinone-fatty acid
conjugates on cancer cells. ChemMedChem. 2009 May;4(5):761-8. doi:
10.1002/cmdc.200800430. PubMed PMID: 19322799.


110: Yi T, Cho SG, Yi Z, Pang X, Rodriguez M, Wang Y, Sethi G, Aggarwal BB, Liu
M. Thymoquinone inhibits tumor angiogenesis and tumor growth through suppressing
AKT and extracellular signal-regulated kinase signaling pathways. Mol Cancer
Ther. 2008 Jul;7(7):1789-96. doi: 10.1158/1535-7163.MCT-08-0124. PubMed PMID:
18644991; PubMed Central PMCID: PMC2587125.

15

111: Gali-Muhtasib H, Kuester D, Mawrin C, Bajbouj K, Diestel A, Ocker M, Habold C, Foltzer-Jourdainne C, Schoenfeld P, Peters B, Diab-Assaf M, Pommrich U, Itani W, Lippert H, Roessner A, Schneider-Stock R. Thymoquinone triggers inactivation of the stress response pathway sensor CHEK1 and contributes to apoptosis in colorectal cancer cells. Cancer Res. 2008 Jul 15;68(14):5609-18. doi: 10.1158/0008-5472.CAN-08-0884. PubMed PMID: 18632613.

112: Sethi G, Ahn KS, Aggarwal BB. Targeting nuclear factor-kappa B activation pathway by thymoquinone: role in suppression of antiapoptotic gene products and enhancement of apoptosis. Mol Cancer Res. 2008 Jun;6(6):1059-70. doi: 10.1158/1541-7786.MCR-07-2088. PubMed PMID: 18567808.

113: Reindl W, Yuan J, Krämer A, Strebhardt K, Berg T. Inhibition of polo-like kinase 1 by blocking polo-box domain-dependent protein-protein interactions. Chem Biol. 2008 May;15(5):459-66. doi: 10.1016/j.chembiol.2008.03.013. PubMed PMID: 18482698.

114: Gali-Muhtasib H, Ocker M, Kuester D, Krueger S, El-Hajj Z, Diestel A, Evert M, El-Najjar N, Peters B, Jurjus A, Roessner A, Schneider-Stock R. Thymoquinone reduces mouse colon tumor cell invasion and inhibits tumor growth in murine colon cancer models. J Cell Mol Med. 2008 Jan-Feb;12(1):330-42. doi: 10.1111/j.1582-4934.2007.00095.x. PubMed PMID: 18366456; PubMed Central PMCID: PMC3823493.

115: Kaseb AO, Chinnakannu K, Chen D, Sivanandam A, Tejwani S, Menon M, Dou QP, Reddy GP. Androgen receptor and E2F-1 targeted thymoquinone therapy for hormone-refractory prostate cancer. Cancer Res. 2007 Aug 15;67(16):7782-8. PubMed PMID: 17699783.

116: Roepke M, Diestel A, Bajbouj K, Walluscheck D, Schonfeld P, Roessner A, Schneider-Stock R, Gali-Muhtasib H. Lack of p53 augments thymoquinone-induced apoptosis and caspase activation in human osteosarcoma cells. Cancer Biol Ther. 2007 Feb;6(2):160-9. Epub 2007 Feb 5. PubMed PMID: 17218778.

117: Gali-Muhtasib H, Roessner A, Schneider-Stock R. Thymoquinone: a promising anti-cancer drug from natural sources. Int J Biochem Cell Biol. 2006;38(8):1249-53. Epub 2005 Nov 8. Review. PubMed PMID: 16314136.

16

118: Rooney S, Ryan MF. Modes of action of alpha-hederin and thymoquinone, active constituents of Nigella sativa, against HEp-2 cancer cells. Anticancer Res. 2005 Nov-Dec;25(6B):4255-9. PubMed PMID: 16309225.

119: Rooney S, Ryan MF. Effects of alpha-hederin and thymoquinone, constituents of Nigella sativa, on human cancer cell lines. Anticancer Res. 2005 May-Jun;25(3B):2199-204. PubMed PMID: 16158964.

120: El-Mahdy MA, Zhu Q, Wang QE, Wani G, Wani AA. Thymoquinone induces apoptosis through activation of caspase-8 and mitochondrial events in p53-null myeloblastic leukemia HL-60 cells. Int J Cancer. 2005 Nov 10;117(3):409-17. PubMed PMID: 15906362.

121: Gali-Muhtasib H, Diab-Assaf M, Boltze C, Al-Hmaira J, Hartig R, Roessner A, Schneider-Stock R. Thymoquinone extracted from black seed triggers apoptotic cell death in human colorectal cancer cells via a p53-dependent mechanism. Int J Oncol. 2004 Oct;25(4):857-66. PubMed PMID: 15375533.

122: Gali-Muhtasib HU, Abou Kheir WG, Kheir LA, Darwiche N, Crooks PA. Molecular pathway for thymoquinone-induced cell-cycle arrest and apoptosis in neoplastic keratinocytes. Anticancer Drugs. 2004 Apr;15(4):389-99. PubMed PMID: 15057144.

123: Shoieb AM, Elgayyar M, Dudrick PS, Bell JL, Tithof PK. In vitro inhibition of growth and induction of apoptosis in cancer cell lines by thymoquinone. Int J Oncol. 2003 Jan;22(1):107-13. PubMed PMID: 12469192.