IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHAJAR ABID,                )
                            )
        Plaintiff,           )
                            )
v.                          )  Case No. 1:17-cv-321-WO-JLW
                            )
GOOGLE INC.,                )
                            )
        Defendant.           )

### Defendant's opposition to Plaintiff's Motion To Change Caption

The Company that owned Google Inc, is Alphabet Inc as per the defendant's own admission.

If Google Inc doesn't exist anymore it is due to corporate reorganization controlled by Alphabet Inc.

The plaintiff, feels the attempt at changing corporate structure is to avoid liabilities due to the Plaintiff, and was not done in good faith, but to evade justice thus the responsible party Alphabet Inc should be on the case caption.

And that Alphabet Inc is infact the parent corporation of Google Inc

The address of the Corporation's registered office in the State of Delaware is 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle, Delaware 19808.

We can see they are purposely obfuscating, the corporate structure by this new entity **XXVI HOLDINGS INC.**

This is further evidence of their cartel like, criminal behavior. Instead of acknowledging mistake, they are hiding or as I call it turtling. Well I can crack their shell, or "pierce the corporate veil".

---

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6461948 | Incorporation Date / Formation Date: | 6/29/2017 (mm/dd/yyyy) |

| Entity Name: | XXVI HOLDINGS INC. |

Thus the Plaintiff, Shajar Abid, kindly requests any order to change the caption, read Shajar Abid vs Alphabet Inc.

Respectfully submitted,

Shajar Abid
The Alchemist
5317 Roshni Ter
Mcleansville, NC
27301
(919)-720-8819
thealchemist@mightyhoney.org

*Shajar*  Oct 20th, 2017

## Certificate of Service

I hereby certify that on October 20, 2017. I filed the foregoing Plaintiff's opposition to change case caption with the Clerk of the Court. I also mailed a copy to the defendant's counsel at the following address.

Ryan G. Rich

Hunton & Williams LLP

101 South Tryon St. #3500

Charlotte, NC

28280

Oct 20th, 2017