# UNITED STATES DISTRICT COURT
## MIDDLE  DISTRICT OF NORTH CAROLINA


SHAJAR ABID,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | )     **Case No.:** 1:17-cv-321 |
| vs. GOOGLE LLC (f/k/a GOOGLE INC.) | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

### SUPPLEMENTAL
### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
### ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY.  COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

GOOGLE LLC _____ who is Defendant _____,
       (Name of Party)                    (Plaintiff/moving party or defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

        (   ) Yes                       (✔) No

2.     Does party have any parent corporations?

        (✔) Yes                       (   ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: XXVI Holdings, Inc.; Alphabet, Inc. _____
_____
_____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (✓) Yes                    (  ) No

    If yes, identify all such owners:  Alphabet, Inc.: Google LLC is a wholly owned
    subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet,
    Inc., a publicly traded company; no publicly traded company holds more than
    10% of Alphabet, Inc.'s stock.

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    (   ) Yes                    (✓) No

    If yes, identify entity and nature of interest: _____
    _____
    _____


    /s/ Ryan G. Rich (NC Bar #37015)                    10/25/2017
    _____        _____
                    (Signature)                                        (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing

Supplemental Disclosure of Corporate, Affiliations and Other Entities With a Direct Financial

Interest in Litigation, with the Clerk of the Court using the CM/ECF system. On October 25,

2017, a copy of such filing was served by first-class mail on the plaintiff at the following

address:

Shajar Abid
5317 Roshni Ter.
Mcleansville, NC 27301

/s/ Ryan G. Rich
Ryan G. Rich