# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:17-cv-321-WO-JLW

| | |
|---|---|
| SHAJAR ABID, | ) |
| Plaintiff, | ) |
| v. | ) GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER CORRECTING THE CASE CAPTION |
| GOOGLE LLC (f/k/a GOOGLE INC.,) | ) |
| Defendant. | ) |

After expressly stating in writing that he did not oppose Google's motion seeking to correct the case caption, Plaintiff Shajar Abid now has changed course—after the Court already granted Google's motion. But Plaintiff cannot articulate any legal grounds for why the Court should reconsider its decision. His late objection should be disregarded, and the Order granting Google's Motion to Correct Case Caption should stand.

Google conferred with Plaintiff prior to filing its October 13, 2017 Motion to Correct Case Caption, and Plaintiff wrote in response that he "do[es] not oppose [Google's] request." *See* Declaration of Ryan G. Rich ¶ 6, Ex. B. Google also copied Plaintiff by email when submitting its proposed order to the Court. Plaintiff responded to that correspondence, including the Court in his response, to reiterate certain arguments concerning the substance of his claims. But Plaintiff never objected to Google's Motion, even after receiving the proposed order. *See* Declaration of Ryan G. Rich ¶ 8 Ex. C. The Court granted Google's motion on October 17.

On October 20, Plaintiff submitted a response in opposition to Google's motion.[1] Plaintiff appears not to object to the caption being changed, but suggests that the caption should now include "Alphabet Inc." as the defendant in place of Google. There is no dispute that Google LLC is a wholly-owned subsidiary of XXVI Holdings Inc., which is a wholly-owned subsidiary of Alphabet Inc.[2] But Plaintiff has not and cannot provide any basis for the Court to replace Google in the caption with its parent or grandparent corporation. Plaintiff's suggestion should be rejected.

For these reasons, and as set forth in Google's Motion, Plaintiff's request that the Court reconsider its October 17 Order should be denied.

Respectfully Submitted,

By:    /s/ Ryan G. Rich
     Ryan G. Rich (NC Bar #37015)
     **HUNTON & WILLIAMS LLP**
     Bank of America Plaza, Suite 3500
     101 South Tryon Street
     Charlotte, NC 28280
     Telephone: (704) 378-4778
     Facsimile: (704) 331-5143
     rrich@hunton.com

     ***Counsel for Google LLC (f/k/a Google Inc.)***

---

[1] Plaintiff Abid's response is incorrectly titled "Defendant's opposition to Plaintiff's Motion to Change Caption." [ECF No. 33]

[2] Google is supplementing its Corporate Disclosure Statement to indicate that Alphabet Inc. is the indirect owner of Google LLC, as it was owner of Google Inc. prior to the name change.

Gregory N. Stillman (VA. Bar #14308)
Wendy C. McGraw (VA Bar #37880)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:  757.640.5300
Facsimile:  757.625.7720
gstillman@hunton.com
wmcgraw@hunton.com

*Counsel for Google LLC (f/k/a Google Inc.)*

## **CERTIFICATE OF WORD COUNT**

      I hereby certify that the foregoing Opposition complies with the word count limitations set forth in LR 7.3(d).

                                        /s/ Ryan G. Rich
                                            Ryan G. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2017, I electronically filed the foregoing Opposition with the Clerk of the Court using the CM/ECF system and served the Opposition on the Plaintiff by first-class mail at the following address:

Shajar Abid<br>
5317 Roshni Ter.<br>
Mcleansville, NC 27301

      /s/ Ryan G. Rich
        Ryan G. Rich