# EXHIBIT B

**October 13, 2017 Email and Response
Ryan Rich to Shajar Abid**

| | |
|---|---|
| **From:** | thealchemist@mightyhoney.org |
| **Sent:** | Friday, October 13, 2017 11:53 AM |
| **To:** | Rich, Ryan G. |
| **Subject:** | RE: Google_Abid - Google's motion to correct case caption |
| **Attachments:** | medicaljournal.pdf |

XXVI Holdings Inc. owes me, if Google LLC has insufficient funds.

Here is some science, share it with Google

Good day Mr Rich

I do not oppose your request to change the caption, so long as I don't have to refile anything, and they are not trying to evade their liabilities to me.

Respectfully,

Shajar Abid
The Alchemist
Mightyhoney.org
919-720-8819

- sent from Mcleansville, NC

**From:** Rich, Ryan G. [mailto:rrich@hunton.com]
**Sent:** Friday, October 13, 2017 9:22 AM
**To:** Shaq Abid <thealchemist@mightyhoney.org>
**Subject:** Google_Abid - Google's motion to correct case caption

Mr. Abid:

As you know, we represent Google LLC (f/k/a Google Inc.) in the litigation you filed, *Abid vs. Google Inc.*, Case No. 1:17-cv-321-WO-JLW. I am using this email address to communicate with you because I have received multiple emails from you and know that you use it. I also left a voicemail for you this morning at the number in your email signature line, 919-720-8819.

Because Google has recently converted from a corporation to a limited liability company, changing its name to from Google Inc. to Google LLC, we intend to inform the Court today by 4:00pm ET by filing the attached motion, asking that the Court correct the case caption to reflect the change.

I am alerting you so that I can inform the Court whether you (1) do not oppose the motion or (2) oppose the motion. If I do not hear from you, I will inform the Court that I communicated this question to you but have not received a response.

Thank you.



**Ryan G. Rich**
Associate
rrich@hunton.com

p 704.378.4778
bio | vCard
www.huntonretailindustryblog.com

Hunton & Williams LLP
Bank of America Plaza, St 3500
101 South Tryon St
Charlotte, NC 28280

hunton.com