IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHAJAR ABID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV321 |
| | ) | |
| GOOGLE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

This matter is before this court for review of the Recommendation filed on October 12, 2017, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 30.) In the Recommendation, the Magistrate Judge recommends that Defendant Google's Motion to Dismiss pursuant to Rule 12(b)(6) or, in the Alternative, to Transfer Venue (Doc. 9) be granted in part to the extent it seeks to transfer this matter to the Northern District of California. Having recommended that this matter be transferred, the Magistrate Judge did not reach a recommended ruling upon Defendant Google's motion to dismiss. The Magistrate further recommends that Plaintiff's Motion for Preliminary Injunction (Doc. 7) and Plaintiff's motion entitled "Petition for Writ of Mandamus with Appendix in Support" (Doc. 18) be left to the discretion of the transferee court. The Recommendation

was served on the parties to this action on October 12, 2017 (Doc. 31). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Google's Motion to Dismiss pursuant to Rule 12(b)(6) or, in the Alternative, to Transfer Venue (Doc. 9) is **GRANTED IN PART** and that this action is transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of California. Because this case is being transferred to the Northern District of California, the court has no occasion to reach the merits of Defendant's motion to dismiss.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Preliminary Injunction (Doc. 7) and Plaintiff's motion entitled "Petition for Writ of Mandamus with Appendix in Support" (Doc. 18) are left to the discretion of the United States District Court for the Northern District of California.

This the 13th day of February, 2018.

_____
United States District Judge