# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SHAJAR ABID,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Case No. 18-cv-00981-MEJ

**ORDER TO SHOW CAUSE**

On October 12, 2017, Magistrate Judge Joe L. Webster of the Middle District of North Carolina granted Plaintiff Shajar Abid's Motion to Supplement Pleadings which, among other things, purported to add LegitScript LLC as a defendant. R. & R., Dkt. No. 30; Mot. to Supplement Pleadings, Dkt. No. 6. As of the date of this Order, nothing in the record shows Plaintiff has served LegitScript with the summons, Complaint, or Motion to Supplement Pleadings. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

The 90-day deadline to serve LegitScript passed on January 10, 2018. Pursuant to Rule 4(m), the Court ORDERS Plaintiff to show cause, in writing and no later than April 12, 2018, why the case against LegitScript should not be dismissed for failure to serve within the time required by Rule 4(m). <u>Failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute LegitScript, and his claims against LegitScript shall be dismissed without prejudice.</u>

**IT IS SO ORDERED.**

Dated: March 29, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge