UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJAR ABID,<br>       Plaintiff,<br>   v.<br>GOOGLE LLC,<br>       Defendant. | Case No. 18-cv-00981-MEJ<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 46 |

This matter is currently scheduled for a hearing on April 19, 2018 regarding Google LLC's Motion to Dismiss. Dkt. No. 46. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the April 19, 2018 hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge