UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJAR ABID,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 18-cv-00981-MEJ<br><br>**ORDER DISMISSING LEGITSCRIPT LLC** |

In his Motion to Supplement Pleadings, Plaintiff Shajar Abid purported to add LegitScript LLC as a defendant. Dkt. No. 6. As nothing in the record indicated Plaintiff effectuated service on LegitScript within 90 days of the North Carolina court granting Plaintiff's Motion, the Court ordered Plaintiff to show cause why LegitScript should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). OSC, Dkt. No. 54. Plaintiff explains "LegitScript LLC is not listed as a defendant because Google LLC was responsible and had the human decision making ability." OSC Resp. at 1, Dkt. No. 61. As Plaintiff confirms his claims are not against LegitScript, the Court DISMISSES LegitScript WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: April 13, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge