## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAJAR ABID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-981-MEJ |
| | ) | |
| GOOGLE  LLC., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ENTRY OF FINAL JUDGEMENT PURSUANT TO FRCP 54(b)

Plantiff, hereby motions the court, as a private attorney general representing the interests of the United States people.

MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Section 2(b) of the Antitrust Procedures and Penalties Act, ("APPA"), 15 U.S.C. § 16 (b)-(h), the United States of America moves for entry of the proposed Final Judgment in this civil antitrust proceeding. The Final Judgment may be entered at this time without further hearing, if the court determines that entry is in the public interest.

Plaintiff, hereby motions the court, as pro se plaintiff,

Pursuant to Federal Civil Procedure 54(b), plaintiff moves for entry of the proposed Final Judgment in this civil antitrust proceeding. The Final Judgment may be entered at this time without further hearing, if the court determines that entry is in the interest of justice.

Date of signing: April 25, 2018

Signature of Plaintiff: /s/

Respectfully submitted,

Shajar Abid

5317 Roshni Ter

Mcleansville, NC

27301

(919)-720-8819

nubiustechnologies@gmail.com