UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAJAR ABID,

    Plaintiff,

  v.

GOOGLE LLC,

    Defendant.

Case No. 18-cv-00981-MEJ

**ORDER TO SHOW CAUSE**

On May 9, 2018, Defendant Google LLC filed a Motion to Dismiss, with a noticed hearing date of June 14, 2018. Dkt. No. 71. However, Plaintiff Shajar Abid failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court VACATES the motion hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 31, 2018. If a responsive declaration is filed, the Court shall issue an order based on the declaration. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: May 24, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge