UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAJAR ABID,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

Case No. 18-cv-00981-MEJ

**JUDGMENT**

On July 18, 2018, the Court denied Plaintiff Shajar Abid's Motion for Judgment and granted Defendant Google LLC's Motion to Dismiss without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge